## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWIS D. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-00842-GJP |
| v. | ) | |
| | ) | |
| LAWSON PRODUCTS, INC., MICHAEL G. | ) | |
| DECATA, ANDREW B. ALBERT, I. | ) | |
| STEVEN EDELSON, LEE S. HILLMAN, J. | ) | |
| BRYAN KING, MARK F. MOON, and | ) | |
| BIANCA MARTINEZ RHODES, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 17, 2022        **GRABAR LAW OFFICE**

By: _____

Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*